# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 07 2020

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

Russell Wayne Helton _____, Plaintiff

v.

Carol Lingrin AHSA _____,

EtAL   Medical Staff _____,

EtAL   Medical Staff _____,

EtAL   Medical Staff _____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Russell Wayne Helton, 28101-045, USP High, P.O.Box 7000; Florence, CO, 81226
(Name, prisoner identification number, and complete mailing address).

N / A
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
____    Convicted and sentenced state prisoner
✓    Convicted and sentenced federal prisoner
____    Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Carol Lingrin, AWSA, USP Florence
(Name, job title, and complete mailing address)

P.O.Box 7000, Florence, CO, 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ____ No (*check one*). Briefly explain:

At all times of the incident, Plaintiff was in federal custody

Defendant 1 is being sued in his/her ✓ individual and/or ____ official capacity.

2

Defendant 2: _Etla_____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:

At all times of the incident, Plaintiff was in federal custody

Defendant 2 is being sued in his/her ✓ individual and/or ___ official capacity.

Defendant 3: _Etla_____
(Name, job title, and complete mailing address)

At all times of the incident, Plainti RH

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:

At all times of the incident, Plaintiff was in federal custody

Defendant 3 is being sued in his/her ✓ individual and/or ___ official capacity.


## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___  42 U.S.C. § 1983 (state, county, and municipal defendants)

✓   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___  Other: *(please identify)* _____

3

D.    STATEMENT OF CLAIM(S)

CLAIM ONE Deliberate Indifference, Medical Negligence

Supporting facts: November 17th 2018 At Florence USP while in the special Housing Unit around 1:30AM while getting off the top bunk I fell an hit my chest on the sink, my back on something, and my elbow on the ground. That morning I notified medical staff at pill line what had happed told them that I could hardly take a breath something was wrong showed then visible marks + bruises. I was told through my door nothing could be done no doctor here, fill out a sick call and lay in bed. I turned in a sick call slip, November 18th with morning medical staff at pill line. At afternoon Pill line I self declared a medical emergency with medical staff showed them visible marks And bruises told them I could hardly breath, get out of bed, or straighten my arm out. They never opened my door or checked me out just said there is no doctor here nothing they could do lay in bed I would be fine. November 19th I told morning pill line medical staff that I had to wrap up my penis with tolit paper because blood was just coming out of my penis, and that I had a knot or lump growing in my chest. I was told that they would bring a cup for a urine sample, but other thanthat I would be ok just lay in bed. At PM pill line I told medical staff they were supposed to bring a cup for a urine sample but never did, so I put it in this bottle for you an showed it to them an they said it looks like straight blood. Told me they could not take it and would bring a cup back. Never came back. November 20th I ask morning pill line about the cup Itold them my penis was still bleeding, also showed them my chest that the lump was getting bigger. I was told they would bring a cup back but other than that I would be ok. No one ever brought a cup back. November 21st I was in so much pain an thought I had a fever so I self declared a medical emergency. Showed them visible marks + brusies also lump growing in the middle of my chest was getting bigger I could barley take half a breath, walk, get outta my bunk and I had blood running out of my penis for 2or3 days Never even checked my vitals, told me it was a bad time of year to try and see a doctor, "additional Paper Attached"

4

D. Statement of Claim(S) continued   ②

Also said they would bring a cup, never did come back with a cup. November 22nd I was told there was no sick call because someone didn't show up. I told them at morning pill line my right foot was now going numb an I am in alot of pain can't take a full breath, I think I got a fever, the lump is getting bigger in my chest an blood is still running out of my penis. I was told to just lay in bed I would be fine, an they would bring a cup for a urine sample. Never did. November 23rd with morning medical staff at pill line I self declared a medical emergency, showed them the marks and brusies, I told them I can hardly take a breath, I can't get out of my bunk without help, hardly walk, foot going numb. They never even checked my vitals. Told me lay in bed there is no one here who can see me. November 24th I had a fever headache, lump getting bigger in my chest can't breath. by PM pill line I could not get out of bed to get my meds so they gave them to my cellie. November 25th I self declared a medical emergency from my bed at morning pill line I could not get up I was in so much pain. I told I could not take a full breath, I have had a headache for 3 day think I got a fever, can't straighted my arm, the lump is getting bigger an blood still coming out of my penis. I was told they would try an bring a cup for a urine sample, But there is no doctor here that I should lay in bed I will be fine, they never even checked my vitals. November 26th My cellie asked morning pill line medical staff when he got my meds about the cup. They said they been busy, they would try to bring it back. they never came back. That Afternoon A. LT walked through my cellie told him something was really wrong could he talk to medical. He said he would no one ever came back. November 27th At morning pill line my cellie helped me get out of bed I begged the medical staff to please not let me die something is wrong, I showed her what all was wrong she told me they were going to do sick call an she would make sure I got in there, About 2:30pm or 3:00pm they came an got me I could barly walk I sprung my ankle walking up there, When I got to sick call shou them what happen they asked why I have never told anyone. I said I had tried but getting told there is no doctor. She look shocked + called Dr Resto She said I was breathing really funny. Dr Resto asked me the same thing why I have not reported this. I told him I have. He said if no one tells him he can't do any thing. He checked my vitals said my oxygen level was really low, He sent me to ST Thomas Moore hospital for a cat scan
                  "Additional Paper Attached"

③ Statement of Claim(s) continued
There I was told I had fluid all around my sternum, down by my heart an covering the whole right side of my chest. The doctor said he couldn't do the surgery I needed a cardiothorasic surgen. So I was sent to ST. Anthonys in Denver, CO, where I was put in ICU I had emergency surgery that morning an was told that if I sit 4 more day I would of been dead. I was in the hospital 84 days. I had my sternum removed, 2 ribs an 3 surgerys on my spine an told a cm more I would had to have had pins in my elbow. I was treated with deliberate indifference an medical negligence from the 17th of November 2018 to November 26th 2018 by medical staff. I believe this is due to Carol Lingrin not training her staff to properly assess a medical situation.

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ___ Yes ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                    N|A

Docket number and court:                   N|A

Claims raised:                              N|A

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)   N|A

Reasons for dismissal, if dismissed:        N|A

Result on appeal, if appealed:              N|A

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    ✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    ✓ Yes ___ No (*check one*)

## G.    REQUEST FOR RELIEF.

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* I want ladders or assistant device to help inmates on an off the top bunk. I want to have a monetary compensation for medical not doing their job and future medical bill I will inquire due to this, at least $100,000.00 I have had my chest removed can now can only stand for 10 to 20 minutes I am in a wheel chair now cause of this. I want Carol Lingrin retrained so she knows how to train her medical staff to be able to assess a real medical problem. I want monetary award from everyone involved. I am permently disfigured an crippled from this situation that could of easily been resolved.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Russell Wayne Hilton_____
(Plaintiff's signature)

_11-18    -2020_____
(Date)

(Form Revised December 2017)

6

11-18-20

Greetings,
    I had to make up page 4 because my room was searched an page 4 came up missing so I hope this will work because I am almost out of time due to legal work being confescated.

        Thank You, for all your help

        Russell Helton
        28101-045
        USP High
        P.O. Box 7000
        Florence, CO
        81226



Russell Helton
28101-045
United States Penitentiary
P.O. Box 2000
Florence, CO, 81226

Legal Mail

Denver - District Court
901 19th St Room A 105
Denver, CO, 80294 -3589